IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIM DENKEWALTER,                                      )
                                                      )
                              Plaintiff,              )
                                                      )
v.                                                    )    Case No. 1:20-cv-5013
                                                      )
JOHN EVERETT THOMAS, individually;                    )    Hon. Judge Charles P. Kocoras
DANIEL OLSWANG, individually; FREEDOM                 )
DEVELOPMENT GROUP, LLC, an Illinois                   )    Magistrate Judge Jeffrey T. Gilbert
limited liability company, and all series thereof     )
(FREEDOM DEVELOPMENT GROUP, LLC –                     )    JURY DEMANDED
87TH STREET; FREEDOM DEVELOPMENT                      )
GROUP, LLC – AURORA; FREEDOM                          )
DEVELOPMENT GROUP, LLC – NORTH                        )
AVENUE; FREEDOM DEVELOPMENT                           )    **ORDER ON PLAINTIFFS'**
GROUP, LLC – PITTSFIELD; FREEDOM                      )    **MOTION FOR**
DEVELOPMENT GROUP, LLC – STARVED                      )    **CONSOLIDATION PURSUANT**
ROCK MARINA; FREEDOM DEVELOPMENT                      )    **TO RULE 42(A) OF THE**
GROUP, LLC – WAUKEGAN); FREEDOM                       )    **FEDERAL RULES OF CIVIL**
DEVELOPMENT GROUP, LLC – ELGIN                        )    **PROCEDURE**
HOSPITAL, a dissolved Illinois limited liability      )
company; FREEDOM DEVELOPMENT GROUP,                   )
LLC – ROUND LAKE, a dissolved Illinois limited        )
liability company; JET PARK, LLC, an Illinois         )
limited liability company; 901 CENTER STREET          )
HOLDINGS LLC, an Illinois limited liability           )
company; JET HOSPITALS LLC, an Illinois               )
limited liability company; TOT Holdings I LLC, an     )
Illinois limited liability company; TOT Holdings II   )
LLC, an Illinois limited liability company; STAR      )
REAL ESTATE, LLC, a terminated Illinois limited       )
liability company; JET FOODS LLC, an Illinois         )
limited liability company; JET FOODS BISHOP           )
LLC, an Illinois limited liability company; JET       )
FOODS CAROL STREAM LLC, an Illinois                   )
limited liability company; JET FOODS HARVEY           )
LLC, an Illinois limited liability company; JET       )
FOODS NAPERVILLE LLC, an Illinois limited             )
liability company; JET FOODS OAKTON LLC, an           )
Illinois limited liability company; JET FOODS         )
PARK FOREST LLC, an Illinois limited liability        )
company; JET FOODS ROCKFORD LLC, an                   )
Illinois limited liability company; and JET           )

STRUCTURES LLC, an Illinois limited liability )
company, )
)
Defendants. )

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREL REMILY and RANDAL HANSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No: 1:20-cv-7324 |
| ) | |
| FREEDOM DEVELOPMENT GROUP, LLC, an ) | Hon. Franklin U. Valderrama |
| Illinois limited liability company; JET PARK, LLC, ) | |
| An Illinois limited liability company; 901 CENTER ) | Magistrate Judge Maria Valdez |
| STREET HOLDINGS LLC, an Illinois limited ) | |
| liability company; JET HOSPITALS LLC, a ) | JURY DEMANDED |
| terminated Illinois limited liability company, STAR ) | |
| REAL ESTATE, LLC, a terminated Illinois limited ) | |
| liability company; JOHN THOMAS, individually; ) | |
| KIM DENKEWALTER, individually; and ) | |
| DANIEL OLSWANG, individually, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER ON PLAINTIFFS', REMILY AND HANSEN, FOR
CONSOLIDATION OF CASES 1:20-cv-07324 and 1:20-cv-05013**

This matter coming to be heard on Plaintiffs, DARREL REMILY and RANDAL

HANSEN, motion, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to

consolidate the following cases:

> *Darrel Remily and Randal v. Freedom Development Group, LLC et al*, No. 1:20-cv-
> 7324 (filed December 11, 2020) with *Kim Denkewalter v. John Everett Thomas,* et
> al, No. 1:20-cv-5013 (originally filed as *Ziegler et al v. Freedom Development
> Group, LLC et al* (filed August 25, 2020)

and the Court being advised in the premises IT IS ORDERED:

Plaintiff's Motion is GRANTED/DENIED.

This matter is continued to _____ for _____

_____

_____

Dated_____          Entered:_____
                                            JUDGE

Juan M. Soliz
Attorney for Plaintiffs Remily and Hansen
3203 S. Pulaski Rd
Chicago, IL 60623
(773) 277-6155
lawsoliz@sbcglobal.net
Attorney No. 3123126

## CERTIFICATE OF FILING AND SERVICE

I, Juan M. Soliz, do hereby certify that a true and correct copy of. the Plaintiff's Proposed Order on Plaintiffs Motion for Consolidation was electronically filed using this Court's CM/ECF system. Notice of this filing will be sent via email and by electronic mail to all parties by operation of the Courts CM/ECF system. Parties may access, the filing through the Court's electronic filing system.

September 15, 2021

/s/Juan M. Soliz
Juan M. Soliz

Juan M. Soliz
Attorney for Plaintiffs Remily and Hansen
3203 S. Pulaski Rd
Chicago, IL 60623
(773) 277-6155
lawsoliz@sbcglobal.net
Attorney No. 3123126